FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

APR 1 4 2011

U. S. DISTRICT, COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JAMES D. SPENCE JR.

CASE NO. 3:11-CR-87-J-34 MCR
Cts. 1-8:   18 U.S.C. § 875(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 21, 2010, at approximately 7:35 p.m., at Jacksonville, in the Middle District of Florida,

JAMES D. SPENCE, JR.

the defendant herein, willfully and knowingly did transmit in interstate commerce from Jacksonville, Florida, to Gothenburg, Nebraska, at the Gothenburg Memorial Hospital, a telephone communication to DD and KO, which telephone communication contained a threat to injure a minor female child, that is, to rape said minor female child.

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

On or about October 21, 2010, at approximately 8:04 p.m.. at Jacksonville, in the Middle District of Florida,

JAMES D. SPENCE, JR.

the defendant herein, willfully and knowingly did transmit in interstate commerce from Jacksonville, Florida, to Falls City, Nebraska, at the Community Medical Center, a telephone communication to CGF, which telephone communication contained a threat to injure a minor female child, that is, to sexually molest said minor female child.

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

On or about October 21, 2010, at approximately 9:53 p.m., at Jacksonville, in the Middle District of Florida,

JAMES D. SPENCE, JR.

the defendant herein, willfully and knowingly did transmit in interstate commerce from Jacksonville, Florida, to Kearney, Nebraska, at the Good Samaritan Hospital, a telephone communication to JM, which telephone communication contained a threat to injure a minor female child, that is, to rape said minor female child.

In violation of Title 18, United States Code, Section 875(c).

## COUNT FOUR

On or about October 22, 2010, at approximately 12:06 a.m., at Jacksonville, in the Middle District of Florida,

JAMES D. SPENCE, JR.

the defendant herein, willfully and knowingly did transmit in interstate commerce from Jacksonville, Florida, to Nebraska City, Nebraska, at St. Mary's Hospital, a telephone communication to MB, which telephone communication contained a threat to injure a minor female child, that is, to sexually assault said minor female child.

In violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE

On or about October 22, 2010, at approximately 6:13 a.m., at Jacksonville, in the Middle District of Florida,

JAMES D. SPENCE, JR.

the defendant herein, willfully and knowingly did transmit in interstate commerce from Jacksonville, Florida, to Albany, Missouri, at the Northwest Medical Center, a telephone communication to AG, which telephone communication contained a threat to injure a minor female child, that is, to rape said minor female child.

In violation of Title 18, United States Code, Section 875(c).

## COUNT SIX

On or about October 22, 2010, at approximately 6:23 a.m., at Jacksonville, in the Middle District of Florida,

JAMES D. SPENCE, JR.

the defendant herein, willfully and knowingly did transmit in interstate commerce from Jacksonville, Florida, to Bethany, Missouri, at the Harrison County Community Hospital, a telephone communication to VS, which telephone communication contained a threat to injure a minor female child, that is, to rape said minor female child.

In violation of Title 18, United States Code, Section 875(c).

## COUNT SEVEN

On or about October 22, 2010, at approximately 6:43 a.m., at Jacksonville, in the Middle District of Florida,

JAMES D. SPENCE, JR.

the defendant herein, willfully and knowingly did transmit in interstate commerce from Jacksonville, Florida, to Booneville, Missouri, at the Cooper County Memorial Hospital, a telephone communication to LW, which telephone communication contained a threat to injure a minor female child, that is, to rape said minor female child.

In violation of Title 18, United States Code, Section 875(c).

## COUNT EIGHT

On or about October 22, 2010, at approximately 10:52 a.m., at Jacksonville, in the Middle District of Florida,

JAMES D. SPENCE, JR.

the defendant herein, willfully and knowingly did transmit in interstate commerce from Jacksonville, Florida, to Branson, Missouri, at Skaggs Hospital, a telephone communication to TH, which telephone communication contained a threat to injure a minor female child, that is, to rape said minor female child.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
MARK B. DEVEREAUX
Assistant United States Attorney

By: _____
MAC D. HEAVENER
Assistant United States Attorney
Deputy Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

JAMES D. SPENCE JR.

## INDICTMENT

Violations:

18 U.S.C. §§ 875(b) and 875(c)

A true bill,

_____
Foreperson

Filed in open court this 14th day

of April, 2011.

_____
Clerk

Bail $_____